IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E .K. WADE,<br><br>          Plaintiff,<br><br>   v.<br><br>WOODY GILLILAND, *et al.*,<br><br>          Defendants.             / | No. C 10-425 SI<br><br>**ORDER OF REFERRAL FOR RELATED CASE DETERMINATION** |

On January 29, 2010, plaintiff filed this *pro se* action. Pursuant to Civil Local Rule 3-12(c), the Court *sua sponte* refers this case to Judge Laporte for a determination of whether this case is related to *Wade v. Chao, et al.*, C 08-0001 EDL.

**IT IS SO ORDERED.**

Dated: April 12, 2010

SUSAN ILLSTON
United States District Judge