United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.K. WADE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WOODY GILLIAND, et al.,<br><br>　　　　　Defendants. | No. C-10-0425 EDL<br><br>**ORDER GRANTING PLAINTIFF'S UN-OPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT** |

Plaintiff filed a Motion for Leave to Amend Complaint and a First Amended Complaint on April 12, 2010. Plaintiff's motion argues that good cause exists for allowing the amendment, and judicial economy will be served, because the proposed First Amended Complaint narrows the issues before the Court. Plaintiff did not notice the Motion to Amend for hearing, and Defendants have filed a statement of non-opposition. The Court finds the Motion to Amend appropriate for resolution without oral argument and finds good cause for allowing the amendment. The First Amended Complaint that was filed on April 12, 2010 without leave of Court is now allowed and shall now serve as the operative pleading in this matter.

**IT IS SO ORDERED.**

Dated: April 27, 2010

　　　　　　　　　　　　　　　　　　　　　　　　　*Elizabeth D. Laporte*
　　　　　　　　　　　　　　　　　　　　　　　　ELIZABETH D. LAPORTE
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge