**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.K. WADE,<br><br>            Plaintiff,<br><br>    v.<br><br>WOODY GILLIAND, et al.,<br><br>            Defendants. | No. C-10-0425 EDL<br><br>**ORDER SETTING HEARING ON MOTION FOR LEAVE TO AMEND TO FILE SECOND AMENDED COMPLAINT AND CONTINUING HEARING ON MOTION TO DISMISS FIRST AMENDED COMPLAINT** |

On May 6, 2010, Plaintiff filed a Motion for Leave Amend to File a Second Amended Complaint. The parties are hereby notified that hearing on the Motion for Leave to Amend will be heard on June 8, 2010 at 9:00 a.m., concurrent with the government's Motion to Declare Plaintiff Vexatious and For a Limited Pre-Filing Screening Order. Any opposition to the Motion for Leave to Amend shall be filed no later than May 18, and a reply shall be filed no later than May 25. Defendants' Motion to Dismiss the First Amended Complaint is hereby continued, and will be re-set or rendered moot following the hearing on the Motion for Leave to Amend.

**IT IS SO ORDERED.**

Dated: May 7, 2010

ELIZABETH D. LAPORTE
United States Magistrate Judge