IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. K. WADE,<br><br>    Plaintiff,<br><br>  v.<br><br>WOODY GILLILAND, in his individual capacity; WILLIAM SMITHERMAN, in his individual capacity, GEORGIA MARTIN, in her individual capacity, ALICE YOUNG, in her individual capacity; SARAH NELSON, in her individual capacity, KATHYANN BATISTE, in her individual capacity, and BERLENE ROBERTS, in her individual capacity;<br><br>    Defendants.<br>                                              / | No. C 10-00425 WHA<br><br>**ORDER ON PLAINTIFF'S REQUEST TO FILE AN OPPOSITION BRIEF** |

      The undersigned judge has received *pro se* plaintiff E. K. Wade's request for permission to file an opposition brief to defendants' re-noticed motion to dismiss, currently scheduled for oral argument on Thursday, June 24 (Dkt. No. 83). The motion to dismiss was re-noticed by defendants due to reassignment of this case from Magistrate Judge Elizabeth Laporte on May 17.

      In his request, plaintiff Wade argued that he "should not have to re-submit ALL of the same voluminous information that he has already submitted to Magistrate Judge LaPorte." This order agrees. Plaintiff should not re-submit any information he has already filed with Judge Laporte. All of the briefs submitted to Judge Laporte by plaintiff have already been reviewed by the undersigned judge and shall be properly considered when ruling on the re-noticed motion to

dismiss. This includes the five opposition briefs plaintiff filed in response to defendant's motion to dismiss both before and after it was re-noticed. These five opposition briefs will be treated as timely responses to the re-noticed motion. Plaintiff need not and should not re-file them.

Similarly, any and all of plaintiff Wade's responses to the pending motion to declare plaintiff vexatious and for a limited pre-filing screening order will be treated as timely responses to that motion. This includes the document filed by plaintiff in April affirming the motion for administrative relief to declare plaintiff vexatious and for a limited pre-filing screening order.

Finally, plaintiff Wade is reminded that the hearing on both of these re-noticed motions will be held on Thursday, June 24. Plaintiff's attendance at this hearing is required.

**IT IS SO ORDERED.**

Dated: June 15, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2