United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

E. K. WADE,

    Plaintiff,

v.

WOODY GILLILAND, in his individual capacity, WILLIAM SMITHERMAN, in his individual capacity, GEORGIA MARTIN, in her individual capacity, ALICE YOUNG, in her individual capacity, SARAH NELSON, in her individual capacity, KATHY ANN BATISTE, in her individual capacity, and BERLENE ROBERTS, in her individual capacity,

    Defendants.

No. C 10-00425 WHA

**ORDER DENYING *EX PARTE* MOTION FOR RELIEF AND MOTION FOR RECONSIDERATION**

    The undersigned has reviewed plaintiff E. K. Wade's *ex parte* motion for relief from the order filed on June 24, 2010, granting defendants' motion to dismiss (Dkt. No. 99), as well as plaintiff's motion for leave to file a motion for reconsideration targeting the same June 24 order. Both motions are **DENIED**. Plaintiff has not raised any arguments that warrant revisiting the Court's prior decision on the issue of *res judicata*. *See* FRCP 60; Civil L. R. 7-9.

    **IT IS SO ORDERED.**

Dated: July 6, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE