UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

E.K. WADE,

    Plaintiff,

    v.

MELISSA BROWN, et al.,

    Defendants.
_____/

No. C 10-4929 PJH

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

    Pursuant to Civil Local Rule 3-12(c), the undersigned hereby refers this action to the Honorable William H. Alsup for the purpose of determining whether it is related to Wade v. Gilliland, C-10-0425 WHA.

**IT IS SO ORDERED.**

Dated: November 12, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge