IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

E. K. WADE,

    Plaintiff,

v.

WOODY GILLILAND, in his individual capacity, WILLIAM SMITHERMAN, in his individual capacity, GEORGIA MARTIN, in her individual capacity, ALICE YOUNG, in her individual capacity, SARAH NELSON, in her individual capacity, KATHY ANN BATISTE, in her individual capacity, and BERLENE ROBERTS, in her individual capacity,

    Defendants.

No. C 10-00425 WHA

**ORDER DENYING LEAVE TO FILE ACTION AGAINST DEPARTMENT OF LABOR**

    Plaintiff E.K. Wade has filed fifteen actions against the United States Department of Labor and its employees. Judge Charles Breyer has already declared Wade a vexatious litigant, and the undersigned judge ordered Wade to seek leave to file further complaints against the Department of Labor, *inter alia*. The Court received a letter from Wade in which he stated "I must file a complaint against the U.S. Department of Homeland Security and the U.S. Department of Labor" and that he "simply forgot" about the pre-filing review order. Wade failed to append any proposed complaint or explain the details of his lawsuit, but merely asserted "[t]his is not a frivolous lawsuit." Based on Wade's submissions, this order **DENIES** his request to file the proposed lawsuit.

    **IT IS SO ORDERED.**

Dated: October 6, 2016.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE